# EXHIBIT A

**12-Person Jury**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
11/8/2018 2:45 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L012182

| | |
|---|---|
| GUADALUPE ALMANZA and RODOLFO ALMANZA, <br><br> Plaintiffs, <br><br> v. <br><br> MENARD, INC., d/b/a Menards, a Corporation, <br><br> Defendant. | No. 2018L012182 |

## COMPLAINT AT LAW

NOW COME the Plaintiffs, GUADALUPE ALMANZA and RODOLFO ALMANZA, by and through their attorneys, Levinson and Stefani, and complaining of the Defendant, MENARD, INC., a corporation, state as follows:

1. On or about September 2, 2018, and at all other relevant times herein, the Defendant, Menard, Inc., was a Wisconsin corporation duly licensed and authorized to conduct business under the laws of Illinois.

2. On or about September 2, 2018, and at all times relevant herein, the Defendant, Menard, Inc., did own, maintain, manage, operate, and control a certain retail business premises commonly identified as Menards, located at 9140 South Harlem Ave., Bridgeview, IL, 60455.

3. At all times mentioned herein, the Plaintiff, Guadalupe Almanza, was a business invitee lawfully walking on and upon said premises of Menards.

4. The Plaintiff at all relevant times herein was in the exercise of all due care for her own safety.

### Count 1: Negligence against Menard, Inc.

5. The Plaintiff alleges and reincorporates paragraphs 1-4 above as if fully set out below.

6. At all times relevant herein, it was the duty of the Defendant, Menard, Inc., to exercise reasonable care in providing safe premises for the Plaintiff and persons legally and lawfully on the premises.

7. That on the day and time and location referred to above, the Defendant, individually or through its agents, allowed an unknown liquid to accumulate on a walkway within

the premises, creating a dangerous condition.

8. That on the day and time and location referred to above, the Plaintiff was walking on the premises on the walkway when her foot made contact with an unknown liquid causing the Plaintiff to slip and fall and sustain injury.

9. The Defendant, Menard, Inc., had a duty to own, maintain, manage, operate, and control said premises in such a manner so as not to negligently cause injury to persons lawfully and rightfully thereon, including the Plaintiff herein.

10. Notwithstanding the foregoing duty, the Defendant, individually or through its agents, was negligent in the ownership, maintenance, management, operation, and control of said premises in one or more of the following ways:

   a) Negligently and carelessly allowed a liquid substance to become a slipping hazard;

   b) Negligently and carelessly failed to maintain and control the premises;

   c) Negligently and carelessly failed to maintain a safe ingress/egress of one area of the premises to another;

   d) Negligently failed to maintain the condition of the flooring so that the floor would not become a slipping hazard and unsafe to walk upon;

   e) Negligently failed to properly warn of the slipping hazard;

   f) Negligently and carelessly failed to provide persons legally and lawfully on the premises secure and safe floors on which to walk upon;

   g) Negligently and carelessly failed to maintain the condition of the premises;

   h) Negligently and carelessly allowed a defective, dangerous, hazardous, unsafe condition to develop on the retail business premises;

   i) Negligently and carelessly failed to inspect the premises to prevent it from becoming defective, dangerous, hazardous, and unsafe; and

   j) Was otherwise negligent.

11. The aforesaid condition did exist for a period of time prior to the incident, and that the Defendant knew, or in the exercise of reasonable care should have known, of said condition.

12. As a direct and proximate result of one or more of the foregoing acts of negligence of the Defendant, Menard, Inc., the Plaintiff while walking in said premises slipped on the spilled liquid on the walkway and violently fell upon the floor, and as a result thereof, suffered the following present and future loss and damages:

FILED DATE: 11/8/2018 2:45 PM 2018L012182

a) pain and suffering;
b) mental pain, suffering, and anguish;
c) bodily injury and disability;
d) medical expenses;
e) loss of earnings and injury to earning capacity;
f) loss of normal life.

WHEREFORE, the Plaintiff, Guadalupe Almanza, requests judgment against the Defendant, Menard, Inc., in an amount in excess of fifty thousand dollars ($50,000.00) and costs.

### Count II: Loss of Consortium by Rodolfo Almanza Against Menard, Inc.

13. On September 2, 2018, the Plaintiff, Guadalupe Almanza, was injured in a slip and fall incident.

14. The Plaintiff, Guadalupe Almanza, has filed suit against the Defendant, Menard, Inc., for injuries she sustained in the incident.

15. At all times relevant, Rodolfo Almanza was the lawfully wedded husband of the Plaintiff, Guadalupe Almanza.

16. As a proximate result of the injuries to his wife, the Plaintiff, Rodolfo Almanza, has suffered the loss of consortium, companionship, support, love, affection, and guidance.

WHEREFORE, the Plaintiff, Rodolfo Almanza, prays for judgment against the Defendant, Menard, Inc., in an amount in excess of fifty thousand dollars ($50,000.00) and costs.

Respectfully submitted,

By: _____
Tiffannie M. Kennedy

Levinson and Stefani
Attorneys for Plaintiff
230 W. Monroe Street, Suite 2210
Chicago, Illinois 60606
P: (312) 376-3812
F: (312) 376-3818
tiffannie@levinsonstefani.com
Attorney No. 58168

FILED DATE: 11/8/2018 2:45 PM 2018L012182

FILED
11/8/2018 2:45 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L012182

FILED DATE: 11/8/2018 2:45 PM 2018L012182

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| GUADALUPE ALMANZA and RODOLFO ALMANZA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2018L012182 |
| MENARD, INC., a Corporation, | ) ) ) | |
| Defendant. | ) | |

**AFFIDAVIT RE: DAMAGES SOUGHT**

NOW COME the Plaintiffs, GUADALUPE ALMANZA and RODOLFO ALMANZA, by and through their attorneys, Levinson and Stefani, and pursuant to Supreme Court Rule 222, set forth the following:

THE DAMAGES SOUGHT IN THE ABOVE TITLED CAUSE OF ACTION DO EXCEED $50,000.00.

Respectfully submitted,

By: /s/ Tiffannie Kennedy
Tiffannie M. Kennedy

Levinson and Stefani
Attorneys for the Plaintiff
230 W. Monroe Street, Suite 2210
Chicago, Illinois 60606
P: (312) 376-3812
F: (312) 376-3818
tiffannie@levinsonstefani.com
Attorney No. 58168

Under penalties, as provided by law pursuant to 735 ILCS 5/1 109, the undersigned certified that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

/s/ Tiffannie Kennedy

FILED
11/8/2018 2:45 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L012182

2120 - Served                    2121 - Served
2220 - Not Served                2221 - Not Served
2320 - Served By Mail            2321 - Served By Mail
2420 - Served By Publication     2421 - Served By Publication
Summons - Alias Summons                                              (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

GUADALUPE and RUDOLFO ALMANZA

(Name all parties)     Case No. 2018L012182

v.

MENARD, INC.

☑ SUMMONS   ☐ ALIAS SUMMONS

To each Defendant: Registered Agent, Menard, Inc., c/o Corporation Service Co., 8040 Excelsior Drive, Ste. 400, Madison, WI, 53717

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons	(08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

FILED DATE: 11/8/2018 2:45 PM  2018L012182

11/8/2018 2:45 PM DOROTHY BROWN

Atty. No.: 58168

Atty Name: Levinson and Stefani

Atty. for: Plaintiff

Address: 230 W. Monroe Street, Suite 2210

City: Chicago

State: IL   Zip: 60606

Telephone: 312-376-3812

Primary Email: benjamin@levinsonstefani.com

Witness: _____

_____
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

**Daley Center Divisions/Departments**

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ⦿ Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm