IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| GUADALUPE ALMANZA and RODOLFO ALMANZA, </br></br> Plaintiffs, </br></br> v. </br></br> MENARD, INC., a Corporation, </br></br> Defendant. | ) ) ) ) ) ) ) No. 18 CV 7949 ) ) ) ) ) |

## STIPULATION TO DISMISS

It is hereby stipulated by and between Plaintiffs and Defendant that this cause of action shall be dismissed with prejudice pursuant to settlement and each party shall bear their own costs of suit.

_____
John A. Stefani
*Levinson and Stefani*
Attorneys for the Plaintiff
230 W. Monroe Street, Suite 2210
Chicago, Illinois 60606
P: (312) 376-3812
F: (312) 376-3818
jay@levinsonstefani.com
ARDC No.: 6284062

_____
Cynthia A. Salazar
*Lewis Brisbois*
Attorneys for the Defendant
550 W. Adams Street, Suite 300
Chicago, Illinois 60661
P: (312) 463-3476
F: (312) 345-1778
cynthia.salazar@lewisbrisbois.com
ARDC No.: 6309734